## 35259. HARRIS v. HARRIS.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED AUGUST 17, 1979 — DECIDED SEPTEMBER 26, 1979 — REHEARING DENIED OCTOBER 16, 1979.

Divorce, etc. Bartow Superior Court. Before Judge White.

*Newton & Wyatt, Harvey Brown, Jr., James C. Wyatt,* for appellant.

*Jefferson L. Davis, Jr.,* for appellee.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

